# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, | Civil 10-0151 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| ROBINSON OUTDOORS, INC., | |
| Defendant. | |

Brian Wood, Eric Steinhoff, and Laurie Meyer, **LIND JENSEN SULLIVAN & PETERSON, PA,** 150 South Fifth Street, Suite 1700, Minneapolis, MN 55402, for plaintiff.

Michael Mahoney, **MAHONEY ANDERSON LLC,** 100 Lake Street West #100, Wayzata, MN 55391, for defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated October 1, 2010 [Docket No. 79]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

Plaintiff's Motion for Summary Judgment (Doc. No. 38) is **DENIED WITHOUT PREJUDICE.**

DATED: October 25, 2010
at Minneapolis, Minnesota

                                          ____s/ John R. Tunheim_____
                                                   JOHN R. TUNHEIM
                                               United States District Judge